# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| | * | **Case No. 17-po-9540** |
| v. | * | **16-po-1272** |
| | * | |
| | * | |
| **JESSICA K. GLOVER,** | * | |
| | * | |
| | * | |
| **Defendant** | * | |

************

## **MEMORANDUM OPINION AND ORDER OF COURT**

This matter is before the Court on Defendant's Motion to Correct Judgment in a Criminal Case Pursuant to Federal Rule of Criminal Procedure 36, which the Court construes as a motion to modify her sentence. Defendant seeks to "correct the record arising from an oversight or omission" and "requests a corrected Order issue that her six month sentences in this matter are to run concurrently and not consecutively." The Government filed an opposition to Defendant's motion. The Court **DENIES** Defendant's motion for the reasons discussed below.

Federal Rule of Criminal Procedure 36 provides that, "[a]fter giving any notice it considers appropriate, the court may at any time correct a clerical error in a judgment, order, or other part of the record, or correct an error in the record arising from oversight or omission." Contrary to Defendant's assertion, there is no oversight or omission leading to an error in the record. Rather, the judgments in 16-po-1272 and 17-po-9540 accurately reflect the Court's sentence issued at Defendant's sentencing hearing on March 19, 2018, of a consecutive sentence. Further, although the Court may modify a term of imprisonment under circumstances outlined in 18 U.S.C. § 3582(c), none of those circumstances applies here. Because Defendant's arguments

in support of her motion are unavailing, her motion to correct the judgment in this case, which the Court construes as a motion to modify her term of imprisonment, is **DENIED**.

Date: July 19, 2018

/s/
Thomas M. DiGirolamo
United States Magistrate Judge